(July 6, 1970)

ALLSTATE INSURANCE COMPANY, Respondent, v. CONSOLIDATED MUTUAL INSURANCE COMPANY, Defendant, and SUN INSURANCE OFFICE, LIMITED, Appellant.—

536

Christ, P. J., Munder, Martuscello, Latham and Kleinfeld, JJ., concur.